NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TEXCHEM ADVANCED PRODUCTS INCORPORATED SDN. BHD.,**
*Plaintiff-Appellee*

**v.**

**E.PAK INTERNATIONAL INC.,**
*Defendant-Appellant*

---

2015-1355

---

Appeal from the United States District Court for the Central District of California in No. 5:12-cv-01341-JGB-SP, Judge Jesus G. Bernal.

---

**JUDGMENT**

---

KENT M. WALKER, Lewis Kohn & Fitzwilliam LLP, San Diego, CA, argued for plaintiff-appellee.

STEVEN C. SUSSER, Carlson, Gaskey & Olds, P.C., Birmingham, MI, argued for defendant-appellant. Also represented by DAVID J. GASKEY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


    PER CURIAM (TARANTO, PLAGER, and LINN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| November 10, 2015 | /s/ Daniel E. O'Toole |
|:---:|:---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |